1  Monica Perales
   Attorney at Law: 297739
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Mark Popper

7

8            **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10

11 M.P,                                  ) Case No.: 5:15-cv-01450-KK
                                         )
12         Plaintiff,                    ) [~~PROPOSED~~] ORDER AWARDING
                                         ) EQUAL ACCESS TO JUSTICE ACT
13    vs.                                ) ATTORNEY FEES AND EXPENSES
                                         ) PURSUANT TO 28 U.S.C. § 2412(d)
14 CAROLYN W. COLVIN, Acting             ) AND COSTS PURSUANT TO 28
   Commissioner of Social Security,      ) U.S.C. § 1920
15                                       )
           Defendant                     )
16 _____ )

17

18    Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20    IT IS ORDERED that fees and expenses in the amount of $4,834.00 as

21 authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

22 DATE:    September 08, 2016

23                                      _____
                                        THE HONORABLE KENLY KIYA KATO
24                                      UNITED STATES MAGISTRATE JUDGE

25

26